FILED

2019 APR -2 PM 1:31

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 1:19 CR 198 |
| DWYON MOORE, | ) ) | Title 18, United States Code, Sections 1951(a), 924(c)(1)(A)(i) |
| Defendant. | ) ) | JUDGE ADAMS |

COUNT 1
(Interference with Commerce by Means of Robbery, 18 U.S.C. § 1951(a))

The Grand Jury charges:

1. On or about December 12, 2018, in the Northern District of Ohio, Eastern Division, Defendant DWYON MOORE, did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), MOORE did unlawfully take and obtain monies in the custody, possession, and presence of employees of Wonton Gourmet, located at 3211 Payne, Cleveland Ohio, against said employees' will, by means of actual and threatened force, violence, and fear of immediate injury to said employees, in that MOORE, displayed and brandished a firearm in the presence of said employees, in violation of Title 18, United States Code, Sections 1951(a).

COUNT 2
(Using or Carrying a Firearm During and in Relation to a Crime of Violence,
18 U.S.C. §§ 924(c)(1)(A)(i))

The Grand Jury further charges:

2. On or about December 12, 2018, in the Northern District of Ohio, Eastern Division, Defendant DWYON MOORE, did use or carry a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Interference with Commerce by Means of Robbery, in violation of 18 U.S.C. § 1951(a), as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).

COUNT 3
((Interference with Commerce by Means of Robbery, 18 U.S.C. § 1951(a))

The Grand Jury further charges:

3. On or about December 14, 2018, in the Northern District of Ohio, Eastern Division, Defendant DWYON MOORE, did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), MOORE did unlawfully take and obtain monies in the custody, possession, and presence of employees of D.O. Summers Cleaners and Laundry, located at 4601 Carnegie Ave, Cleveland Ohio, against said employees' will, by means of actual and threatened force, violence, and fear of immediate injury to said employees, in that MOORE, displayed and brandished a firearm in the presence of said employees, in violation of Title 18, United States Code, Sections 1951(a).

## COUNT 4
(Using or Carrying a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. §§ 924(c)(1)(A)(i))

The Grand Jury further charges:

4. On or about December 14, 2018, in the Northern District of Ohio, Eastern Division, Defendant DWYON MOORE, did use or carry a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Interference with Commerce by Means of Robbery, in violation of 18 U.S.C. § 1951(a), as charged in Count 3 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).

## COUNT 5
(Interference with Commerce by Means of Robbery, 18 U.S.C. § 1951(a))

The Grand Jury further charges:

5. On or about December 14, 2018, in the Northern District of Ohio, Eastern Division, Defendant DWYON MOORE, did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), MOORE did unlawfully take and obtain monies in the custody, possession, and presence of employees of Dark and Lovely Hair and Beauty, located at 7924 Cedar Ave, Cleveland Ohio, against said employees' will, by means of actual and threatened force, violence, and fear of immediate injury to said employees, in that MOORE, displayed and brandished a firearm in the presence of said employees, in violation of Title 18, United States Code, Sections 1951(a).

## COUNT 6
(Using or Carrying a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. §§ 924(c)(1)(A)(i))

The Grand Jury further charges:

6. On or about December 14, 2018, in the Northern District of Ohio, Eastern Division, Defendant DWYON MOORE, did use or carry a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Interference with Commerce by Means of Robbery, in violation of 18 U.S.C. § 1951(a), as charged in Count 5 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).

## COUNT 7
(Interference with Commerce by Means of Robbery, 18 U.S.C. § 1951(a))

The Grand Jury further charges:

7. On or about December 14, 2018, in the Northern District of Ohio, Eastern Division, Defendant DWYON MOORE, did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), MOORE did unlawfully take and obtain monies in the custody, possession, and presence of employees of Bo Loong, located at 3922 St. Clair, Cleveland Ohio, against said employees' will, by means of actual and threatened force, violence, and fear of immediate injury to said employees, in that MOORE, displayed and brandished a firearm in the presence of said employees, in violation of Title 18, United States Code, Sections 1951(a).

COUNT 8
(Using or Carrying a Firearm During and in Relation to a Crime of Violence,
18 U.S.C. §§ 924(c)(1)(A)(i))

The Grand Jury further charges:

8. On or about December 14, 2018, in the Northern District of Ohio, Eastern Division, Defendant DWYON MOORE, did use or carry a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Interference with Commerce by Means of Robbery, in violation of 18 U.S.C. § 1951(a), as charged in Count 7 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).

COUNT 9
((Interference with Commerce by Means of Robbery, 18 U.S.C. § 1951(a))

The Grand Jury further charges:

9. On or about December 14, 2018, in the Northern District of Ohio, Eastern Division, Defendant DWYON MOORE, did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), MOORE did unlawfully take and obtain monies in the custody, possession, and presence of employees of Good Times Cafe, located at 3303 East 55th Street, Cleveland Ohio, against said employees' will, by means of actual and threatened force, violence, and fear of immediate injury to said employees, in that MOORE, displayed and brandished a firearm in the presence of said employees, in violation of Title 18, United States Code, Sections 1951(a).

COUNT 10
(Using or Carrying a Firearm During and in Relation to a Crime of Violence,
18 U.S.C. §§ 924(c)(1)(A)(i))

The Grand Jury further charges:

10. On or about December 14, 2018, in the Northern District of Ohio, Eastern Division, Defendant DWYON MOORE, did use or carry a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Interference with Commerce by Means of Robbery, in violation of 18 U.S.C. § 1951(a), as charged in Count 9 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.