Honorable Judge Adams

RECEIVED
OCT 16 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

I have been calling my attorney for the last 2 months trying to get information on my PSI, and to get other info on my case. His office has told me several times that he will return my call,... but he never does. If it is possible I would like to find out if it would help me to file a motion for New Cancil. With all the misinformation he has given me I feel that he doesn't want to help me.

FILED
OCT 16 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

Dwyon Moore

Duyon M. Moore

CLEVELAND OH 440

08 OCT 2019 PM 8 L

Judge John R. Adams
John F. Seiberling federal
Building and U.S. Courthouse
Two South Main street, Room 510
Akron, OH 44308-1813

Care Civic/NEOCC has neither inspected nor censored and will not be responsible for the contents.